**Dismissed and Memorandum Opinion filed February 28, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01096-CV

_____

**JACOB P. CUKJATI, Appellant**

**V.**

**B. SPENCER & ASSOCIATES, P.C. d/b/a SPENCER & ASSOCIATES, P.C. n/k/a THE SPENCER LAW FIRM, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 992238**

---

## MEMORANDUM OPINION

According to information provided to this court, this appeal is from a judgment signed November 22, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On January 30, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Jamison and McCally.